# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE,  
Suite 115  
NEW ORLEANS, LA 70130

December 24, 2025

Ms. Deborah Swan  
Justice Guard  
Research Forrest  
1318 Chesterpoint Drive  
Spring, TX 77386

    No. 25-20585   In re: Deborah Swan  
                      USDC No. 4:25-CV-2799

Dear Ms. Swan,

We have docketed the petition for writ of mandamus, and ask you to use the case number above in future inquiries.

Filings in this court are governed strictly by the Federal Rules of **Appellate** Procedure. We cannot accept motions submitted under the Federal Rules of **Civil** Procedure. We can address only those documents the court directs you to file, or proper motions filed in support of the appeal. See Fed. R. App. P. and 5th Cir. R. 27 for guidance. We will not acknowledge or act upon documents not authorized by these rules.

You must pay the court of appeals' $600.00 docketing fee to the **United States Court of Appeals**, within 15 days from the date of this letter. If you do not, we will dismiss the petition, see 5th Cir. R. 42.3. An electronic payment can be submitted via pay.gov, if you are a registered electronic filer. To register, visit www.pacer.gov. If paying by check, the check should be made payable to United States Courts, and mailed to the Clerk's Office, USCA, Mail Remittance, 600 S. Maestri Place, New Orleans, LA, 70130.

Your petition is deficient for the reason(s) listed below. **You must comply by January 13, 2026. If you fail to comply we will dismiss your petition for writ of mandamus without further notice.**

    <u>You failed to comply with Fed. R. App. P. 21 because your petition does not contain proof of service on all parties to the action in the trial court. You also must provide a copy to the trial court judge (service is not effectuated for an originating proceeding through CM/ECF).</u>

    The petition exceeds the 7800 word limit, Fed. R. App. P. 21(d)(1).

Sincerely,

LYLE W. CAYCE, Clerk

By: /s/ Angelique B. Tardie
Angelique B. Tardie, Deputy Clerk
504-310-7715

Provided below is the court's official caption.  Please review the
parties listed and advise the court immediately of any
discrepancies.  If you are required to file an appearance form, a
complete list of the parties should be listed on the form exactly
as they are listed on the caption.

_____

Case No. 25-20585

_____

In re   Deborah Swan,

        Petitioner