# UNITED STATES COURT OF APPEALS

# FOR THE FIFTH CIRCUIT

**Deborah Swan**
Case No. 25-20585

**Plaintiff/Petitoner,**



V.

**DEPUTY W. SHIELDS**, Individually and in His Official Capacity;
**MONTGOMERY COUNTY CONSTABLE PRECINCT 3**;
**MONTGOMERY COUNTY, TEXAS**,

**EXPEDITED MOTION FOR PERMISSION TO ELECTRONICALLY FILE**

COMES NOW, **Deborah Swan**, Pro Se, and respectfully moves this Honorable Court for permission to file documents electronically in the Court's CM/ECF system pursuant to Fifth Circuit rules and policies governing electronic filing. In support of this motion, Movant states as follows:

1. Movant completed registration for electronic filing with the U.S. Court of Appeals for the Fifth Circuit.

2. Registration details are as follows:

    - **Account Number:** 7961181

    - **Transaction ID:** 112324

    - **Date Submitted:** January 12, 2026

    - **Status:** Processed

3. Movant received an automated notice advising that although registration was processed, permission of the Court is required before documents may be electronically filed or case

materials accessed.

4. Movant is appearing **pro se** and seeks authorization to utilize CM/ECF to ensure timely filing, efficient service, and accurate recordkeeping.

5. Movant possesses the technical ability to comply with CM/ECF filing requirements, including electronic formatting, PDF compliance, service rules, and electronic signature standards.

6. Granting this motion will promote judicial efficiency and reduce administrative burden on the Clerk's Office and the parties.

WHEREFORE, PREMISES CONSIDERED, Movant respectfully requests that this Court grant permission for **Deborah Swan** to electronically file documents in this matter using the Fifth Circuit CM/ECF system and grant any further relief the Court deems just and proper.

Respectfully submitted,

/s/ Deborah Swan

**Deborah Swan**
 Pro Se
swansinvestigations@gmail.com
1318 Chesterpoint Dr
Spring, TX 77386
346-372-4344

**CERTIFICATE OF SERVICE**

I hereby certify that on the 13th day of January, 2026, a true and correct copy of the foregoing Motion for Permission to Electronically File was served upon all parties or counsel of record in accordance with the Federal Rules of Appellate Procedure and the Fifth Circuit Local Rules.

Dan Plake
[daniel.plake@mctx.org](daniel.plake@mctx.org)
Montgomery County, Texas Attorney's Office