# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

January 15, 2026

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

```
No. 25-20585    In re: Deborah Swan
                USDC No. 4:25-CV-2799
```

The court has GRANTED the motion for leave to file electronically as a pro se party in this case.

In light of the court granting your motion to proceed as a pro se filer in this case only, if you do not already have full electronic filing access you must follow the instructions at http://www.ca5.uscourts.gov/docs/prosefiler.pdf

```
                         Sincerely,
                         LYLE W. CAYCE, Clerk

                                S. Rasheed
                         By: _____
                         Shatyra Rasheed, Deputy Clerk
```

Ms. Deborah Swan